IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case No. RDB-17-127 |
| | : | |
| VALLERIA RICE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in defendant Valleria Rice's Unopposed Emergency Motion for Immediate Release from Volunteers of America, it is hereby ORDERED that:

1. the previously-imposed supervised release condition requiring a 60-day placement in a community treatment center is removed;

2. Ms. Rice is to be RELEASED IMMEDIATELY from Volunteers of America; and

3. Ms. Rice is to reside at a residence approved by the U.S. Probation Office.

SO ORDERED this 19th day of March, 2020.

_____
HONORABLE RICHARD D. BENNETT
United States District Judge